The People of the State of Illinois, defendant in error, v. Jack T. Loeffel, plaintiff in error. Gen. No. 34,100.

Heard in the first division of this court for the first district at the April term, 1930. Opinion filed June 30, 1930.

Julius J. Goldfine, for plaintiff in error. John A. Swanson, State's Attorney, for defendant in error; James L. Henry and Herman S. Weinberg, Assistant State's Attorneys, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Henke-Schmitz, Inc., appellee, v. John Schmitz and Marie Schmitz, appellants. Gen. No. 34,105.

Heard in the first division of this court for the first district at the April term, 1930. Opinion filed June 30, 1930. Rehearing denied July 11, 1930.

Louis W. Reinecker, Jr., for certain appellant. Edward Hershenson, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Margaret Johnson, appellee, v. The National Life & Accident Insurance Company, appellant. Gen. No. 34,127.

Heard in the first division of this court for the first district at the February term, 1930. Opinion filed June 30, 1930. Rehearing denied July 11, 1930.

Roderick H. O'Connor, for appellant. Joseph R. Gibson, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Fritz Kral, appellant, v. Harry Vasels, appellee. Gen. No. 34,136.

Heard in the first division of this court for the first district at the February term, 1930. Opinion filed June 30, 1930.

Harry Z. and Bernard Perel, for appellant. Irving G. Zazove, for appellee; John B. King, of counsel.

Mr. Justice McSurely delivered the opinion of the court.